UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN DALTON,<br><br>             Plaintiff,<br><br>      v.<br><br>M. VOTARI,<br><br>             Defendant. | Case No. 23-cv-01598-JSW<br><br>**ORDER VACATING ORDER OF DISMISSAL WITH LEAVE TO AMEND; OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 28 U.S.C. § 2254.  The complaint was dismissed with leave to amend.  (ECF No. 7.)  It has come to the Court's attention that the claims are duplicative of the claims in Plaintiff's earlier-filed case, which is now pending; Plaintiff sues the same Defendant on the same grounds based upon the same incidents.  *Compare* ECF No. 1 *and* ECF No. 1 in *Dalton v. Votari*, No. C 21-10032 JSW (PR).  There is no need to have two cases addressing the same claims.  Accordingly, the order of dismissal with leave to amend[1] (ECF No. 7) is VACATED and this case is DISMISSED as duplicative.  Plaintiff's claims will be adjudicated in his earlier-filed case.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 31, 2023

JEFFREY S. WHITE
United States District Judge

---

[1] The Court's reasoning in the order of dismissal with leave to amend (ECF No. 7) was rejected by the Ninth Circuit in its remand order in Plaintiff's prior case, *see Dalton v. Votari*, No. C 21-10032 JSW (PR) (ECF No. 11).